UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　Case No.:　17-32860-JNP
　　　　　　　　　　　　　　　　　　　　　Chapter:　vchChapter
Richard L. Pikunis and Marlene E. Pikunis　　Judge:　　Jerrold N. Poslusny Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

　　　DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk, US Bankruptcy court
> 401 Market Street
> Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on February 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

> Description and value of property:
>
> $157,727.00  1701 Yarmouth Lane Apartment A  Mount Laurel, NJ  08054

> Liens on property:
>
> $138,353.81  Quicken Loan, Inc.

> Amount of Equity claimed as exempt:
>
> 0

Objections must be served on, and requests for additional information directed to:

Name:            Douglas S. Stanger

Address:        646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.   (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-32860-JNP
Richard L. Pikunis                                                Chapter 7
Marlene E. Pikunis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jan 23, 2018
                              Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db/jdb         Richard L. Pikunis,    Marlene E. Pikunis,    1701 Yarmouth Ln,    Apt A,
                 Mount Laurel, NJ 08054-6257
517173462      Apex Asset Management, LLC,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
517173463      Apex Assett Management, LLC,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
517173464      Capital One Bank,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517173465      Citi Bank/Best Buy,    Centralized BK/Citicorp Credit Srvs,    PO Box 790040,
                 Saint Louis, MO 63179-0040
517173466      Citicorp Credit,    SVC/Centralized Bankruptcy,    PO Box 790040,    Saint Louis, MO 63179-0040
517173468      Firstmark Services,    121 S 13th St,    Lincoln, NE 68508-1904
517173469      Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
517173471      Optimum Outcomes, Inc.,    PO Box 58015,    Raleigh, NC 27658-8015
517173472      Our Lady of Lourdes Medical Center-Camde,    PO Box 822099,    Philadelphia, PA 19182-2099
517173473      Penn Medicine,    Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
517173474      Quicken Loans, Inc.,    PO Box 6577,    Carol Stream, IL 60197-6577
517173475      Southern Jersey Family Medical Center,    1 N White Horse Pike,    Hammonton, NJ 08037-1875
517173477      Virtua,    PO Box 8485,    Coral Springs, FL 33075-8485
517173478      Virtua Health,    PO Box 8500,    Philadelphia, PA 19178-8500
517173479      Virtua Memorial,    PO Box 8500-7542,    Philadelphia, PA 19178-7542
517173480      Walgreens Co.,    PO Box 90486,    Chicago, IL 60696-0486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2018 23:38:40     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2018 23:38:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517173461      E-mail/Text: bkrpt@retrievalmasters.com Jan 23 2018 23:38:36     American Medical Collection Agency,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
517173467      E-mail/Text: mrdiscen@discover.com Jan 23 2018 23:38:01     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
517173470      E-mail/Text: bkr@cardworks.com Jan 23 2018 23:37:58     Merrick Bank,    Attn: BAnkruptcy,
                 PO Box 9201,   Old Bethpage, NY 11804-9001
517173476      E-mail/Text: bankruptcy@td.com Jan 23 2018 23:38:42     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7744
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Richard L. Pikunis, Jr.    on behalf of Debtor Richard L. Pikunis pikunislaw@gmail.com,
               G20228@notify.cincompass.com
              Richard L. Pikunis, Jr.    on behalf of Joint Debtor Marlene E. Pikunis pikunislaw@gmail.com,
               G20228@notify.cincompass.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2018
                              Form ID: pdf905          Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```